FILED

16 MAR 29 PM 3: 45

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | CASE NO: **4 : 16 CR 099** |
| | ) | |
| v. | ) | 18 U.S.C. § 1791(a)(2) |
| | ) | 18 U.S.C. § 1791(b)(2) |
| TERRANCE BONNER, | ) | |
| | ) | |
| Defendant. | ) | **JUDGE NUGENT** |

COUNT 1

The Grand Jury charges:

On or about October 5, 2014, in the Northern District of Ohio, Eastern Division, the

defendant, TERRANCE BONNER, an inmate of Elkton Federal Correctional Institution, a

federal correctional, detention, and penal facility, and a prison, institution, and facility in which

persons are held in custody by direction of the Attorney General, possessed a prohibited object,

to wit: AB-FUBINACA, a Schedule I controlled substance, in violation of Title 18, United States

Code, Sections 1791(a)(2) and 1791(b)(2).

A TRUE BILL.

Original document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government
Act of 2002.